674

36 So.2d 609

**Herman ORR v. STATE.**

**7 Div. 953.**

Court of Appeals of Alabama.
June 1, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

32 So.2d 181

**Milton ORSO v. STATE.**

**1 Div. 543.**

Court of Appeals of Alabama.
April 15, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

29 So.2d 902

**James PARKER v. STATE.**

**2 Div. 751.**

Court of Appeals of Alabama.
Nov. 5, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

36 So.2d 610

**Simmons PARKER v. STATE.**

**7 Div. 940.**

Court of Appeals of Alabama.
June 1, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

29 So.2d 903

**Virgil (alias Bud) PARKER v. STATE.**

**7 Div. 869.**

Court of Appeals of Alabama.
Jan. 21, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

36 So.2d 610

**Dalton PARMERS v. STATE.**

**8 Div. 652.**

Court of Appeals of Alabama.
May 25, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.